(November 6, 1905.)

## HARDWICK v. GRIFFITH.

[83 Pac. 768.]

APPEAL—DISMISSED BY STIPULATION OF ATTORNEYS.

APPEAL from District Court of Bannock County. Honorable Alfred Budge, Judge.

Judgment for plaintiff, from which defendant Griffith appealed.

Standrod & Terrell, for Respondent.

S. C. Winters, for Appellant Griffith.

STOCKSLAGER, C. J.—By stipulation filed in this court on the ninth day of December, 1905, this appeal is to follow the final determination of the case of *Alexander Beckstead, Respondent, v. Geo. Griffith, Sheriff, Appellant, and Wm. F. Scott, T. F. Scott and Katie Scott, Defendants, ante,* p. 738, 83 Pac. 764, the stipulation providing that if the judgment in the

above-entitled cause shall be affirmed, this case shall be dismissed, and if the judgment should be reversed, this judgment should likewise be reversed. This appeal is dismissed in compliance with such stipulation. Costs to respondent.

Ailshie, J., and Sullivan, J., concur.